1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   MARJA-LIISA OVERBECK (CABN 261707)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6809
       FAX: (415) 436-7234
8      mari.overbeck@usdoj.gov

9  Attorneys for United States of America

                 UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,          ) NO. CR 21-46 SI
                                   )
       Plaintiff,                  ) STIPULATED ORDER CONTINUING
                                   ) CHANGE OF PLEA HEARING,
   v.                              ) REQUESTING A PRE-PLEA CRIMINAL
                                   ) HISTORY REPORT, AND EXCLUDING TIME
BRETT HOLIDAY,                     ) FROM THE SPEEDY TRIAL ACT
                                   ) CALCULATION
       Defendant.                  )
                                   )
                                   )
                                   )

   Defendant Brett Holiday appeared before the Court on December 14, 2020 for an initial appearance in the above-captioned case. On December 22, 2020, the defendant was released on bond conditions and a preliminary hearing was scheduled for January 13, 2021. The parties subsequently stipulated, and the court entered orders, continuing the matter to January 26, 2021 and then to February 5, 2021, and excluding time. On February 5, 2021, Mr. Holiday was arraigned on the above-captioned Information and entered a plea of not guilty. *See* ECF Nos. 46-47. The parties then appeared before the Court on February 12, 2021 for a status conference, at which conference the matter was set for a change

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 20-MJ-70789-MAG-2

of plea hearing on February 19, 2021 at 11:00 a.m.  The parties now ask that the matter be rescheduled for a change of plea hearing on February 26, 2021 at 11:00 a.m., and stipulate and request that the Court order that Probation prepare a Pre-Plea Criminal History Report, and exclude time.  If necessary, counsel for Mr. Holiday will separately submit a Probation 13E consent form directly to Probation.

The parties believe that failure to grant the continuance would deny Mr. Holiday and his counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and their availability, in particular because of Mr. Holiday's technical difficulties connecting with his counsel.  As such, undersigned counsel request a new hearing date of February 26, 2021 at 11:00 a.m.  This waiver of time will allow time for defense counsel to review the discovery with Mr. Holiday and will additionally allow the parties to continue to attempt to resolve this matter pre-indictment.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 2/19/2021                                       /s/    Mari Overbeck
                                                       MARJA-LIISA OVERBECK
                                                       Assistant United States Attorney


DATED: 2/19/2021                                       /s/    Brian Berson
                                                       BRIAN BERSON
                                                       Counsel for Defendant Brett Holiday


## ORDER

The Court has read and considered the parties' stipulation and request (1) for a continuance of the change of plea hearing date, (2) that Probation prepare a Pre-Plea Criminal History Report, and to disclose that report to the parties upon completion, and (3) excluding tine pursuant to the Speedy Trial Act.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.  The Court further finds that failure to grant the continuance would unreasonably deny defense counsel the reasonable time

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 20-MJ-70789-MAG-2

1  necessary for effective preparation, taking into account the exercise of due diligence and the availability
2  of defense counsel.
3      THEREFORE, FOR GOOD CAUSE SHOWN: IT IS SO ORDERED.
4  The change of plea hearing in this matter currently scheduled for February 19, 2021 before this
5  Court is continued to 11:00 a.m. on February 26, 2021.  The time period of February 19, 2021 to
6  February 26, 2021, inclusive, is excluded in computing the time pursuant to the provisions of 18 U.S.C.
7  §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv), and Probation shall prepare a Pre-Plea Criminal History
8  Report, and disclose that report to the parties upon completion
9      Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act
10 dictate that additional time periods are excluded from the period within which an information or
11 indictment must be filed.

DATED: 2/19/2021

_____
HON. SUSAN ILLSTON
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 20-MJ-70789-MAG-2